21741. GRESHAM v. THE STATE.

BROYLES, C. J. 1. The court's charge on the subject of "flight" was authorized by the evidence, and there is no merit in the special ground of the motion for a new trial.

2. The evidence authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.